UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTONIO WILDER,

            Plaintiff,

v.                                                    Case No. 15-cv-1369-pp

LEO HAMMER AND SHAWN BUTLER,

            Defendants.

**ORDER DENYING PLAINTIFF'S REQUEST TO RETURN FILING FEE (DKT. NO. 4)**

On November 16, 2015, the plaintiff, a Wisconsin state prisoner representing himself, filed a civil rights complaint under 42 U.S.C. §1983. Dkt. No. 1. He paid the full $400 filing fee. Two days later, the plaintiff voluntarily dismissed the case, and asked the court to return the filing fee. Dkt. No. 2.

On May 15, 2017, the court received from plaintiff another another request for return of the filing fee. Dkt. No. 4. The court must deny this request. The filing fee pays for the processing of the plaintiff's complaint and the court's processing of the case; it is for the *filing* of the case. See <u>Lucien v. Jockish</u>, 133 F.3d 464, 467 (7th Cir. 1998). A plaintiff does not get the fee back

if one dismisses the case at a later date, or loses the case.

The court **DENIES** the plaintiff's request to return the filing fee. Dkt. No. 4.

Dated in Milwaukee, Wisconsin this 30th day of May, 2017.

BY THE COURT:

_____
HON. PAMELA PEPPER
United States District Judge